UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH MARTINEZ | ) |
| xxx xx 5563 | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) No. 02 cv 2354 |
| | ) Magistrate Judge Martin C. Ashman |
| JO ANNE BARNHART, Commissioner | ) |
| of Social Security | ) |
| | ) |
| Defendant | ) |

**MOTION FOR JUDGMENT
PETITION FOR ATTORNEY FEES PURSUANT TO
42 U.S.C. Sec. 406(b)**

NOW COMES counsel for plaintiff, Ashley S. Rose, and moves this Court to enter judgment in favor of counsel's Petition for Attorney Fees Pursuant to 42 U.S.C. Sec. 406(b) filed on 7.14.08 and states as follows:

1. This Court previously ordered defendant to respond to the Petition for Fees on or before 8.19.08; plaintiff to reply on or before 8.29.08.

2. Defendant has not filed his Response.

3. To minimize delay in the Agency's disbursing funds being held for plaintiff, judgment should enter.


Wherefore, counsel for plaintiff prays this Court to enter judgment in his favor in accordance with the Petition and Memorandum previously filed herein. A proposed order is filed herewith as an attachment.

*/s/* Ashley S. Rose

Ashley S. Rose, Counsel for Plaintiff
LAW OFFICE OF ASHLEY S. ROSE
799 Roosevelt Rd., Bldg. 6, Ste. 104
Glen Ellyn, IL. 60137
630/790-9066